The People of the State of Illinois, Plaintiff-Appellee, *v.* Robert Johnson, Defendant-Appellant.

(No. 74-155; ▮▮▮▮▮▮▮

Second District (1st Division)—July 2, 1975.

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE HALLETT.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.